# UNITED STATES DISTRICT Court

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

DONALD R. DAY

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)**

CASE NUMBER:  11-PO-00142-DLW
U.S. MARSHAL NO.:  63319-051

INGRID AULT
(Defendant's Attorney)

**THE DEFENDANT:**  Plead Guilty to Count One of the Information.

**ACCORDINGLY,**  the Court has adjudicated that the Defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. 551 and 36 C.F.R. 261.53(c) | Being in a Closed Area | 11/27/09 | One |

The Defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the Defendant shall notify the Court and United States Attorney of any material change in the Defendant's economic circumstances.

August 23, 2011
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

September 6, 2011
Date

## IMPRISONMENT

      The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 Days with credit for time served of 22 Days.

      The Defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

      Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

## MONETARY OBLIGATIONS

     The Defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|-------|-----------|-----|------|-------------|
| One | $10.00 | 0 | $0.00 | $0.00 |
| **TOTALS** | $10.00 | $0.00 | $0.00 | $0.00 |

**SCHEDULE OF PAYMENTS**

Having assessed the Defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Immediately.


All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the Court, unless otherwise directed by the Court, the probation officer, or the United States Attorney.

The Defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment.